IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

F.W. BURDINE, et al.                                                         PLAINTIFFS

V.                                                         CAUSE NO.: 4:07CV64-SA

TELEFLEX, INC., et al.                                                      DEFENDANTS

## ORDER

The above-styled and numbered cause was assigned to the undersigned United States District Judge, Sharion Aycock on October 31, 2007. Judge Aycock, on her own motion, hereby and further **RECUSES** herself from this cause.

It is hereby **ORDERED** that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge.

SO ORDERED, this, the 23rd day of June, 2008.


                                                      /s/ Sharion Aycock
                                                    **UNITED STATES DISTRICT JUDGE**