# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**F.W. BURDINE**, et al                                                 **PLAINTIFF**

**v.**                                          **CASE #: 4:07-cv-00064-MEA-SAA**

**TELEFLEX INCORPORATED, et al**                          **DEFENDANT**

## JUDGMENT DISMISSING ACTION
## BY REASON OF SETTLEMENT

The court has been informed by counsel that this case has been settled or is in the process of being settled. It is therefore not necessary that the case remain upon the calendar of the court.

**IT IS THEREFORE ORDERED** that the above styled and numbered case is **DISMISSED without prejudice.** The court retains complete jurisdiction, for sixty (60) days, to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

**THIS,** the 23rd day of November, 2009.

                                                      /s/ Michael P. Mills

                                                      SENIOR UNITED STATES DISTRICT JUDGE